**Samuel Richard MONCADO, Appellant, v. UNITED STATES of America.**

Circuit Court of Appeals, Eighth Circuit.

Oct. 13, 1937.

Verne Lacy, of St. Louis, Mo., for appellant.

Harry C. Blanton, U. S. Atty., and Henry G. Morris, Asst. U. S. Atty., both of St. Louis, Mo.

PER CURIAM.

Appeal dismissed on motion of appellee, without costs to either party in this court.

**NAIVETTE, Incorporated, v. The PHILAD COMPANY et al.**

No. 7661.

Circuit Court of Appeals, Sixth Circuit.

Dec. 8, 1937.

Maurice S. Cayne, of Chicago, Ill., and Kwis, Hudson & Kent, of Cleveland, Ohio, for appellant.

Morris Kirschstein, of New York City, and Hull, Brock & West, of Cleveland, Ohio, for appellees.

Before MOORMAN, HICKS, and SIMONS, Circuit Judges.

PER CURIAM.

It is ordered that the appeal in this cause be and same is dismissed, pursuant to stipulation of counsel.

**NATIONAL LABOR RELATIONS BOARD, Appellant, v. BELL OIL & GAS COMPANY, Burk-Divide Oil Company, Consolidated, and Reno Oil Company, Appellee.**

No. 8438.

Circuit Court of Appeals, Fifth Circuit.

Dec. 6, 1937.

Before FOSTER, HUTCHESON, and HOLMES, Circuit Judges.

PER CURIAM.

The petition for rehearing in the above numbered and entitled cause, 91 F.2d 509, is denied.

**NATIONAL SURETY CORPORATION v. PEOPLE OF THE STATE OF MICHIGAN, for the Use and Benefit of Stanley GABBARD, by William A. Gabbard, His Next Friend.**

No. 7765.

Circuit Court of Appeals, Sixth Circuit.

Dec. 8, 1937.

Milton A. Behrendt and Mason, Davidson & Mansfield, all of Detroit, Mich., for appellant.

Walter M. Nelson, of Detroit, Mich., for appellee.

Before MOORMAN, HICKS and SIMONS, Circuit Judges.

PER CURIAM.

It is ordered that the appeal herein be, and the same is, dismissed, pursuant to motion of appellant.